IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 04-069-SLR |
| MICHAEL NEAL CARTER, JR., | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 11th day of April, 2005,

IT IS ORDERED that:

1. The sentencing of defendant is scheduled for **Thursday, June 23, 2005** at **5:00 p.m.** in courtroom No. 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

2. Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

_____
United States District Judge