# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

Penny Marshall
Federal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

May 31, 2005

Honorable Sue L. Robinson
United States District Court
844 King Street, 4th Floor
Wilmington, DE 19801

Re:   **United States v. Michael Carter**
      **Criminal Action# 04-69-SLR**

Dear Judge Robinson:

Enclosed please find character letters in regards to Michael Carter whom is scheduled for sentencing before your honor on June 23, 2005 at 5:00pm.

Respectfully submitted,

/s/ Christopher S. Koyste
Christopher S. Koyste
Assistant Federal Public Defender

CSK/tw

Enclosures