# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

| | |
|---|---|
| Penny Marshall<br>Federal Public Defender | Christopher S. Koyste<br>Assistant Federal Public Defender |
| | Eleni Kousoulis<br>Assistant Federal Public Defender |
| | Jonathan Pignoli<br>Research and Writing Specialist |

June 2, 2005

Honorable Chief Judge Sue L. Robinson
United States District Court
844 King Street, 4th Floor
Wilmington, DE 19801

    Re:    **United States v. Michael Carter**
             **Criminal Action # 04-69-SLR**

Dear Judge Robinson:

    Enclosed please find redacted copies of the character letters that were submitted on June 1, 2005, in relation to the above referenced matter.

                                            Respectfully submitted,

                                            /s/ Christopher S. Koyste
                                            Christopher S. Koyste
                                            Assistant Federal Public Defender

CSK/tw

Attachments