Michael Carter
#  04849-015
Federal Detention Center
Box 562
Phila. Pa. 19105

**REDACTED**

The Honorable

March 20, 2005

Re:  Personal statement prior to sentencing.

Your Honor,

    First, I want to tell my family that I am sorry.  What I really hope to accomplish with this letter is to tell the court about Michael Carter;  the father, husband, coach, small business owner, worker, and provider.

    I have four boys between 12 and 20 years old.  They are my life. I have always been there for them; little league, football, and basic day to day support.  It is because of them that I have always worked in the community coaching and I have mentored  many other boys as well.

    I have been married to my wife for 10 years.  Last June we renewed our vows at the Temple Baptist Church in Chester.  I have helped my wife, Victoria Carter, raise her five children(as well as my own) and, I have either worked and provided for them or attended school to advance my life and career.  My wife and I are partners in our own business. Together we founded Peoples Heating and Fuel Company, three years ago. We now have two delivery trucks.  This is our dream for a successful and fruitful life.  Having my own business has given me the flexibility to attend Teacher conferences, after school activities, and PTA meetings for our entire extended family with all nine children.

    I have made a mistake.  I thought I could jumpstart my business and get through the lean times until we became established.  I am a Christian man and I know that what I did was wrong.  I justified it to myself by saying that it was for my family.  That was also wrong. The result of my choice has resulted in the worst thing that could have ever happened to me and my family.  I am here to plead for mercy. I need to be home to help my children.  My 16 year old son is facing the most important decision of his life.  Right now he is being recruited for a Division one athletic scholarship.  All of my children and my wife need me BUT, most of all I need them.  I hope that, maybe, in understanding more about me and my life you will be understanding and merciful in your judgment of me and my life.

Thank you,

*Michael Neal Carter* (signature)
Michael Carter

**REDACTED**

March 25, 2005

Re:   Michael N. Carter, Jr. 04849-015

Honorable Judge Robinson:

I have lived with Michael Carter Jr. for over 20 years. In that time I have watched him as he raised his four boys and also been excellent father to my five children.

Michael has always been driven to provide for his family. His father, a City of Chester Police officer, was killed in the line of duty when he was 10 years old and because of the absence of his father, he promised himself that he would be there to do the things for his children that he feels he missed out on because of the loss of his father.

Michael and I have a dream to own our own successful business. Three years ago we started Peoples' Heating and Fuel Company.

I believe that because of the set back, and slow start of business, Michael was of afraid of not meeting his obligations to his family.

Michael is a very good husband, father, and provider. We renewed our wedding vows last June at Temple Baptist Church in Chester, where Michael has been a member most of his life.

I humbly ask that you will allow Michael to come home as soon as possible, we really need him.

Thank you for your consideration.

*Victoria Carter*
Victoria Carter

May 17, 2005

**REDACTED**

Re: Michael N. Carter, Jr. 04849-015

To Honorable Judge Robinson:

It is with pleasure that I am writing to you on behalf of my brother Michael Carter, Jr. Michael has always been a brother of which I am proud and rely upon heavily. He is always there to give guidance, support and a listening ear.

Due to the unfortunate and untimely death of my father, Michael Carter, Sr., Michael has taken on the role of the male leader in the family. He is a hard-worker and a role-model for his children, as well as my daughter, who adores him immensely. Michael always takes time to plan and attend family events and is extremely family-oriented. Michael is the glue that keeps our family together.

It is my belief that Michael is a productive member of society. He has demonstrated his desire to provide for his family in many ways. He is a warm-hearted person with a passion for helping others.

I ask that consideration be given to Michael due to the significant influence that he has on our family. I also humbly request that he be allowed to resume his position as a contributing member to society and to his family. Thank you for your understanding and consideration.

Respectfully,

*Nyia L. Carter*

Nyia L. Carter

**REDACTED**

My name is ███ ███. I am the niece of Michael Neal Carter Jr. I am writing this letter to ask you to be lenient in the sentencing of my uncle.

My uncle is a very good person. When I was just a young child my father passed away and my uncle stepped right in and took his place, even though he had four children of his own. He was an excellent father role model to me. I love and miss my uncle a whole lot. A young teenager like me need a father role model.

So please be real lenient in the sentencing so he could come home soon and finish being a father to me and his four sons.

Sincerely
███

re: Michael Carter Jr. 04849-015

**REDACTED**

Your Honor,

My name is Patricia Martin and I am the mother of Michael Carter Jr.'s three oldest children. I am writing this letter in support of Michael and as a testament to his character.

I have known Michael some twenty plus years and as such, I can honestly say he has been civic and family minded.

He has always been positive toward the youths he has contact with, by encouraging them to choose education and knowledge as a way up and out of seemingly dead end situations.

As a family minded individual he has staunchly been a dedicated and steady father to our three sons. Although he and I are no longer together he remains active in our sons lives. He is sincere about keeping them from pitfalls with stern handling and words. Anytime his sons need him he has been there.

I ask when sentencing him, you be lenient and allow him to return to his family as soon as possible.

Sincerely,
Patricia M. Martin

**REDACTED**

Your Honor

I am 14 yrs old and in the 8th grade. I will soon be entering the High School. I am writing this letter to ask that you allow my my father, Michael Carter Jr, to return home soon. We really miss him.

My father has always helped me whether it be with my schoolwork, sports or life in general. He has always taught my brothers and I, to be respectful and to do the right thing. He is not a bad person and always done his best to take good care of us.

Hopefully there is something you can do so he can come home soon. We really need him at this point of our lives.

Sincerely,
M▇ C▇

**REDACTED**

Your Honor

My name is ███ ███ III, I will be 17 yrs old in June. In the fall I will be a senior in High School, which involve making decisions which will affect my future. My Dad's input in these decisions are strongly needed.

I wanted you to know that my Dad is a good man and father. He has devoted his life to his children. I believe everything he has done both good and bad, has been to allow his children to have things he did not in his own childhood. If I could, I would give back everything he has ever given to have him back with us.

I ask that you be lenient in sentencing him and allow him to return to us as soon as possible.

Thanking You In Advance
███ ███ III

**REDACTED**

Your Honor

My name is B█████ ███ the eldest child of Michael Carter Jr. For the past 19 years my father has been a parent, coach, and advisor. Football, baseball, basketball, school activities, and family functions he has always been there.

As a young adult he has worked with me to find a career. Before his incarceration, I worked with him in his own business.

My father is a good man who always cared for his children and done everything he could possibly do for each one of us. I'm asking you to be lenient when sentencing him. Please allow him to return to us as soon as possible.

Sincerely
B█████ ███