| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:04CR00069-001 (SLR) |
|---|---|---|
| | REDACTED | DOCKET NUMBER *(Rec. Court)* 2:08-cr-191 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Michael Neal Carter, Jr. Chester, PA 19013 | DISTRICT Delaware | DIVISION Wilmington |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sue L. Robinson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 28, 2007 — TO December 27, 2011 |

**OFFENSE**
Distribution of more than 500 grams of cocaine 21 § 841(a)(10 and (b)(1)(B)
Possession with intent to distribute cocaine 21 § 841(a)(1) and (b)(1)(C)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_3/7/08_
Date

_[signed]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_4-7-08_
Effective Date

_[signed]_
United States District Judge