COPY

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

**FILED JUL 0 7 2008**

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 2, 2008

RE: UNITED STATES v. MICHAEL NEAL CARTER, JR.
    DISTRICT OF DELAWARE CASE NO. 04CR69-SLR
    EASTERN DISTRICT OF PENNSYLVANIA CASE NO. 08CR191
    Transfer of Jurisdiction

Dear Clerk:

Pursuant to the Transfer of Jurisdiction Order (certified copy attached) regarding the above captioned defendant, please find enclosed certified copies of the following: 1.) Indictment, 2.) Judgment and 3.) Docket Sheet.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

Thank you for your attention regarding this matter.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
Deputy Clerk

PTD/ljj
enclosures

I hereby acknowledge receipt of the record in the above captioned matter on _____.
                                    (date)

_____
Signature and Title

cc: U.S. Probation Office (Delaware)

Peter T. Dalleo, Clerk of Court
U.S.D.C. Delaware
Lock Box 18
844 King Street
Wilmington, Delaware 19801