OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
    Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE  19801
(302) 573-6170

July 17, 2008

RE: UNITED STATES v.  MICHAEL NEAL CARTER, JR.
    DISTRICT OF DE CRIMINAL ACTION NO. 04-69-SLR
    E.D. OF PA CRIMINAL ACTION NO. 08-191

Dear Clerk:

    Enclosed please find one certified copied of the Indictment
(redacted) which was inadvertantly **not** sent to your office along
with the original Transfer of Jurisdiction 22 record in the above
referenced case.

    Thank you for your attention to this matter.  If you should
have any questions or concerns, please contact me at 302-573-6128.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY:
    Deputy Clerk

enclosure

cc: File